**Denied and Opinion Filed January 11, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01100-CV

### IN RE MELINDA M. RAKES, Relator

**Original Proceeding from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-56040-2020**

## MEMORANDUM OPINION
Before Justices Schenck, Partida-Kipness, and Nowell
Opinion by Justice Nowell

In her December 18, 2020 petition for writ of mandamus and December 21, 2020 amended motion for emergency relief, relator Melinda M. Rakes complains of the trial court's memorandum rulings temporarily modifying the child custody and support orders.

Before the Court is relator's December 21, 2020 letter, advising us that the original proceeding is moot because the trial court has issued an order vacating its memorandum rulings and the underlying suit has been dismissed. We will treat this letter as a motion to dismiss the original proceeding. Accordingly, we grant the motion and dismiss the petition for writ of mandamus. Having dismissed the

petition, we also deny the emergency motion as moot.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

201100F.P05